1084

In the Matter of BEATRICE FREIMER, Respondent, against CITY OF NEW YORK, Appellant.—

Respondent suffered a back injury on June 8, 1951; was confined to hospitals for six days and thereafter to her home, except for visits to a doctor and a physiotherapist. On August 30, 1951, she suffered the death of her husband. On September 10, 1951, she consulted her attorney. On November 29, 1951, the within application was made, it being stated that the delay in making the application was occasioned by the delay in obtaining medical reports. There is no showing that the respondent was mentally or physically incapacitated and that failure to serve the notice in time was by reason of such disability. Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.

In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY et al., as Executors of FREDERICK PERKINS, Deceased, Appellants. GLORIA STRAUSS et al., Respondents.—

The words " and other documents " are eliminated from the order, as not sufficiently descriptive to specify the documents to be produced. Appellants City Bank Farmers Trust Company and Kurz should not have been directed to produce books and records not in their possession or under their control. Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.

In the Matter of HENRY S. SCHLEY, SR., an Alleged Incompetent. DOROTHY B. SCHLEY, Appellant; ADELE M. SCHLEY et al., Respondents.— No opinion. Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur. [201 Misc. 522.]

In the Matter of SUBURBAN TIRE & BATTERY Co., INC., Appellant, against VILLAGE OF MAMARONECK et al., Respondents.— No opinion. Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ.